UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JASKARAN SINGH,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 5:26-cv-05949-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) granted, in part, with Respondents ORDERED to (a) provide an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner JASKARAN SINGH (A# 235-270-897)** within seven (7) days of this Order, with instructions that the immigration judge must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or (b) release Petitioner from custody subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure his appearance as required and to protect the community, if he is not timely provided with the aforementioned bond hearing; and

(2) denied as to all other substantive requests for relief with prejudice.

Dated: October 16, 2026____

JOHN D. EARLY
United States Magistrate Judge